FORM 4

# UNITED STATES COURT OF INTERNATIONAL TRADE

ARC INTERNATIONAL NORTH AMERICA HOLDINGS, INC;
ARC INTERNATIONAL NORTH AMERICA, LLC;
CARDINAL INTERNATIONAL III, LLC,

Plaintiff,

v.

UNITED STATES OF AMERICA;
OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,

Defendants.

Court No. 20-03418

**SUMMONS**

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Mario Toscano
Clerk of the Court

/s/ Donald Harrison
Donald Harrison

GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036
dharrison@gibsondunn.com
202-955-8560

/s/ Samantha Sewall
Samantha Sewall

GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036
ssewall@gibsondunn.com
202-887-3509

Dated: September 21, 2020

*Counsel to Plaintiffs*